Anthony Paduano (AP 8400)
Steven Castaldo (SC 0520)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
Attorneys for Petitioner



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
BRIAN J. RAFFERTY,                                      :

                Petitioner,             :      11 CV 00133 (CM)

    -and-                                                 :      Hon. Colleen McMahon

                                                                          :

XINHUA FINANCE LIMITED, JAE LIE,
ALOYSIUS T. LAWN, DANIEL J. CONNELL,         :
JEANNE L. MURTAUGH, DAVID WANG, FREDY
BUSH, NICHOLAS W. SCHIFFLI, JR., JOHN         :
MCLEAN, WU JI GUANG, and CHEN XIAOLU,
                                                                          :

                Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEAL

      PLEASE TAKE NOTICE that Petitioner Brian J. Rafferty hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Decision and Order Granting Respondents' Motion for a Permanent Stay of Arbitration and Denying Petitioner's Motion for a Preliminary Injunction, da ted January 31, 2011, entered in the within action.

Dated: New York, New York
March 1, 2011

                                      PADUANO & WEINTRAUB LLP

                                      By: _____
                                           Anthony Paduano
                                           Steven Castaldo
                                    1251 Avenue of the Americas
                                    Ninth Floor
                                    New York, New York 10020
                                    (212) 785-9100

                                    Attorneys for Petitioner
                                    Brian J. Rafferty