UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN J. RAFFERTY,<br><br>Petitioner,<br><br>-and-<br><br>XINHUA FINANCE LIMITED, JAE LIE, ALOYSIUS T. LAWN, DANIEL J. CONNELL, JEANNE L. MURTAUGH, DAVID WANG, FREDY BUSH, NICHOLAS W. SCHIFFLI, JR., JOHN MCLEAN, WU JI GUANG, and CHEN XIAOLU,<br><br>Respondents. | 11 CV 00133 (CM) |

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties, that all claims asserted by Petitioner in the above-captioned proceeding are dismissed with prejudice, each party to bear its or his own costs and attorneys' fees.

Dated: New York, New York
May 31, 2011

PADUANO & WEINTRAUB LLP

By: [signature] 6/6/11
Steven Castaldo
1251 Avenue of the Americas
New York, New York 10020
(212) 785-9100

*Attorneys for Petitioner*

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

By: [signature]
Lori Marks-Esterman
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Attorneys for Respondents*



1297467-1