Memo Endorsed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN J. RAFFERTY,

Petitioner,

-and-

XINHUA FINANCE LIMITED, JAE LIE, ALOYSIUS T. LAWN, DANIEL J. CONNELL, JEANNE L. MURTAUGH, DAVID WANG, FREDY BUSH, NICHOLAS W. SCHIFFLI, JR., JOHN MCLEAN, WU JI GUANG, and CHEN XIAOLU,

Respondents.

11 CV 00133 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/11

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties, that all claims asserted by Petitioner in the above-captioned proceeding are dismissed with prejudice, each party to bear its or his own costs and attorneys' fees.

Dated: New York, New York
May 31, 2011

PADUANO & WEINTRAUB LLP

By: Steven Castaldo 6/6/11
Steven Castaldo
1251 Avenue of the Americas
New York, New York 10020
(212) 785-9100

*Attorneys for Petitioner*

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

By: Lori Marks-Esterman
Lori Marks-Esterman
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Attorneys for Respondents*



1297467-1

SO ORDERED

Colleen McMahon
U.S.D.J.
6/16/2011